THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIE BUFORD, Defendant-Appellant.

(No. 53666; ▮▮▮▮▮▮▮▮▮▮▮▮▮

First District—May 10, 1971.

*Modified on denial of rehearing June 3, 1971.*

*Abstract of Decision*

Opinion by Mr. JUSTICE GOLDBERG.

Gerald W. Getty, Public Defender, of Chicago, (Mary Cahill, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle, Assistant State's Attorney, of counsel,) for the People.